OTC



(Rev. 12/6/02)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

April Livas
Plaintiff

Civil Action No.  5:17-cv-1352

VS.

Judge _____

Teleperformance
Defendant

Magistrate Judge _____

## COMPLAINT
### UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

The employee did not give me the same displinary that other employers get when they have missed days or before they get terminated their is a written, then a verbal then termination none of those steps were taken with me I was just terminated because of my disability

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?   Yes [X]   No [ ]

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?   Yes [X]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: Aug 3, 2017

Page 1 of 2

(Rev. 12/6/12)

D. Have you received from the EEOC a copy of its determination with regard to your charges?

Yes ☐   No ☐

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____
_____
_____
_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____
_____
_____
_____

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: _____

*April Sims*
(Signature)

1603 Shady lane
(Street Address or P.O. Box)

Shreveport La 71118
(City, State, Zip Code)

_____
(Witness)

330 - 519 - 2772
(Area Code)   (Telephone Number)

_____
(Witness)