UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

| | |
|---|---|
| **APRIL LIVAS** | **CIVIL ACTION NO. 17-1352** |
| **VERSUS** | **JUDGE ELIZABETH ERNY FOOTE** |
| **TELEPERFORMANCE USA, INC.** | **MAGISTRATE JUDGE HORNSBY** |

---

## JUDGMENT

For the reasons set forth in the Court's memorandum ruling, **IT IS ORDERED** that Defendant's motion for summary judgment [Record Document 17] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 19th day of JUNE, 2018.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE